PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 01-CR-00215-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 04-10142 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| James Bertelsen<br>17 Washington Street<br>#310<br>Malden, Ma. 02148 | New Jersey | |
| | NAME OF SENTENCING JUDGE | |
| | Faith Hochberg | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM 12/19/02    TO 12/18/05 |

**OFFENSE**

Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE D/NJ

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/Mass upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/14/04
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE D/Mass

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 5, 2004
_____
Effective Date

William G. Young
_____
United States District Judge

**RECEIVED**

APR 19 2004

U.S. PROBATION OFFICE
NEWARK, N.J.